AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

| | | |
|---|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>Smokey James Jandreau<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No.   CR. 16-30105-01 |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Smokey James Jandreau ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

- Distribution of a Controlled Substance and Possession of a Firearm by a Prohibited Person in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 18 U.S.C. §§ 922(g)(3), 924(a)(2), and 924(d).

Date:   August 17, 2016

*Issuing officer's signature*

Shellie Krog, Deputy Clerk
*Printed name and title*

City and state:   Pierre, SD

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*