UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| **JUDGE:** Mark A. Moreno | **Court Reporter:** Cheryl Hook |
| **CASE NO:** 16-30105-RAL | **Date:** November 2, 2016 |
| **Courtroom Deputy:** SKK | **Page No. 1** |

| <u>Case</u> | <u>Counsel</u> |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | SaraBeth Donovan |
| -vs- | |
| SMOKEY JAMES JANDREAU, | |
|     Defendant. | Matthew M. Powers |

TIME HEARING SCHEDULED TO BEGIN:  1:15 p.m.

Time:

1:16 p.m.    Enter Arraignment and Motions Hearing on the Defendant's Motion to Suppress Evidence, Docket No. 29, before the Honorable Mark A. Moreno, Judge, presiding.

### Arraignment

Defendant has been advised of and understands the charges and maximum possible penalties as charged in the Indictment as well as the forfeiture allegation.
Defendant advised of his constitutional and statutory rights.
Defendant waives reading of the Indictment.
Defendant enters a plea of not guilty to the charges as contained in the Indictment and the forfeiture allegation and requests a jury trial on the charges and the forfeiture.
Defendant to remain detained pending further order of the Court.

### Motion Hearing

Minutes
Page 2

Ms. Donovan requests witnesses be sequestered and the case agent be allowed to be at counsel table.
Mr. Powers does not object to the requests.
The Court grants the motions.

Joshua Marti sworn in as witness on behalf of the Government.
Government's exhibits 2 and 3 offered and received.
Government's exhibit 4 offered and received.
Cross examination.
Redirect.
Recross.

Harlan Gunville, Jr. sworn in as witness on behalf of the Government.
Cross examination.
Redirect.

Jeremy Reed sworn in as witness on behalf of the Government.
Government's exhibit 1 offered and received.  Government's exhibits 6, 7, and 8 offered.  Defendant objects to exhibits 6, 7, and 8.  The Court refuses exhibits 6, 7, and 8, and notes that the Government has withdrawn exhibit 5.

William Jandreau sworn in as witness on behalf of the Government.
Cross examination.
Court examines witness.
Redirect.

Government rests.

Camden Jandreau sworn in as witness on behalf of the Defendant.
Cross examination.
Court examines witness.
Redirect.

Defense rests.

Ms. Donovan presents argument in opposition to Defendant's motion to suppress.

Minutes
Page 3

        Mr. Powers states the defense relies on its brief.

        The Court states it will issue a report and recommendation.

3:50 p.m.    Court adjourned.

Reported Time in Court:    Arraignment 9 minutes
                            Motion Hearing 2 hrs. 25 minutes