# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# CENTRAL DIVISION

**Roberto A. Lange, United States District Judge, Presiding**

| | |
|---|---|
| Courtroom Deputy – SKK | Court Reporter – Leslie Hicks |
| Courtroom – PR #1 | Date – August 1, 2017 |
| U.S. Probation Officer – Derek Seeley | |

CR. 16-30105(01)

| | |
|---|---|
| UNITED STATES OF AMERICA, | SaraBeth Donovan |
| Plaintiff, | |
| vs. | |
| SMOKEY JAMES JANDREAU, | Robert T. Konrad |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 4:00 p.m.

TIME:
4:06 p.m.  Enter Contested Sentencing Hearing before the Honorable Roberto A. Lange, Judge, presiding.

Mr. Konrad presents argument on Defendant's objections to the Presentence Investigation Report.

Ms. Donovan presents argument on Defendant's objections to the Presentence Investigation Report.

The Court rules on the objections.

Ms. Donovan presents argument, on behalf of the Government, as to the appropriate sentence.

Mr. Konrad presents argument, on behalf of the Defendant, as to the appropriate sentence.

Mr. Jandreau presents comments to the Court.

The Court announces sentence and Defendant sentenced to:

Case No. CR16-30105(01)  
USA v. Smokey James Jandreau  

Date – August 1, 2017  
Page No. 2

___

        **Count 2:**    10 months custody to be served concurrently to Count 4; 3 years supervised release to be served concurrently to Count 4; $1,000 fine; $100 special assessment; forfeiture of the firearm and ammunition.

        **Count 4:**    10 months custody to be served concurrently to Count 2; 3 years supervised release to be served concurrently to Count 2; $100 special assessment.

Defendant advised of appeal rights.

Ms. Donovan moves to dismiss the remaining counts of the Indictment.

The Court grants the motion.

4:53 p.m.    Court adjourned.