# UNITED STATES DISTRICT COURT
## District of South Dakota
### Central Division

United States of America,

        Plaintiff

vs.

**ORDER FOR TERMINATION OF SUPERVISED RELEASE**
CR #: 3:16CR30105-001

Smokey James Jandreau,

        Defendant

Pursuant to the Request for Termination of Supervised Release, it is hereby

**ORDERED** that defendant is discharged from supervised release, and the proceedings in this case are terminated.

Dated this 10th day of July, 2019.

BY THE COURT:

_Roberto A. Lange_
Roberto A. Lange
United States District Judge